# IN THE SUPREME COURT OF PENNSYLVANIA

PAULA D. BUZARD n/k/a PAULA D. RADAKER,
        Plaintiff

       v.

ERIC B. BUZARD,
        Defendant

:  No. 24 WM 2023
:
:
:  Court of Common Pleas of Clarion
:  County
:  Civil Court Division No. 2 CD 2023
:
:  Change of Venue
:

## ORDER

AND NOW, this 20th day of April, 2023, the Honorable Sara J. Seidle-Patton, having certified, after a full bench recusal, that venue in the above-captioned action should be transferred from Clarion County, it is

ORDERED that said case shall be transferred to Jefferson County in compliance with Pa.R.C.P. 1006(d)(2).

Chief Justice Debra Todd